IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANGEL A. DEL VALLE,**

   *Plaintiff*,

v.                                                                  Case No.: 4:23cv2-MW/MAF

**SGT. BUSACK, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 59. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 59, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 34, is **DENIED**. Plaintiff's First Amendment claims against Defendants Busack and Edwards shall proceed. This case is **REMANDED** to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on June 24, 2024.**

                                                 s/Mark E. Walker_____
                                               **Chief United States District Judge**