IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANGEL A. DEL VALLE,**

   *Plaintiff*,

v.                                              **Case No.: 4:23cv2-MW/MAF**

**SGT. BUSACK, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 57. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 57, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for injunctive relief, ECF No. 55, is **DENIED with prejudice.** This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on June 24, 2024.**

                                              **s/Mark E. Walker            **
                                              **Chief United States District Judge**